**ROGER D. WILSON #192207**
LAW OFFICE OF ROGER D. WILSON
2377 WEST SHAW AVENUE, SUITE 208
FRESNO, CALIFORNIA 93711
PHONE (559) 233-4100
FAX (559) 746-7200
roger@wilso-law.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Defendant, **MATTHEW ALLDREDGE**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALLDREDGE,<br><br>Defendant. | Case No.: **1:16-CR-00029 LJO**<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

Defendant MATTHEW ALLDREDGE, by and through his counsel Roger D. Wilson and Plaintiff United States of America, by and through its counsel the United States Attorney for the Eastern District of California, and Assistant United States Attorney Daniel J. Griffin, have hereby stipulate as follows:

1. By previous order, this matter was set for sentencing October 17, 2016 at 8:30 a.m. in Courtroom 4.

2. By this stipulation, counsel for the defendant moves to continue the sentencing to November 28, 2016 at 8:30 a.m. or at a time thereafter that is convenient to the court.

3. The parties agree and stipulate and request that the Court find the following:

   a. On July 18, 2016 Mr. Alldredge entered a guilty plea in accordance with the Plea Agreement on file with the Court.

b.   Counsel for the Defendant has been actively engaged in locating a long-term drug addiction recovery program for the defendant and is close to completing admissions procedures and finalizing Defendant's placement in a residential treatment program.

c.   Counsel for the Defendant arranged for him to be interviewed by personnel from the Delancey Street recovery program; however, due to an unanticipated change in the interviewer's schedule, the Defendant cannot be interviewed until October 17, 2016.  Therefore, counsel for the Defendant is requesting additional time to conclude the interview and receive the results prior to sentencing Mr. Alldredge.

d.   Counsel for the Defendant discussed the request to continue the sentencing with Assistant United States Attorney Daniel J. Griffin before making the request of the Court.  The parties have agreed to continue the date for sentencing to November 28, 2016.

IT IS SO STIPULATED.

DATED: September 16, 2016.              Respectfully submitted.

                                        LAW OFFICE OF ROGER D. WILSON

                                         /s/ Roger D. Wilson
                                        ROGER D. WILSON
                                        Attorney for Defendant
                                        MATTHEW ALLDREDGE

DATED: September 16, 2016.              UNITED STATES ATTORNEY

                                         /s/ Daniel J. Griffin
                                        DANIEL J. GRIFFIN
                                        Assistant United States Attorney

--o0o--

**ORDER**

Defendant MATTHEW ALLDREDGE'S request for a continuance of his sentencing hearing and stipulation thereto came before this Court, and based thereon, and for **GOOD CAUSE** shown, the sentencing is continued to November 28, 2016 at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **September 16, 2016**         /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE