UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW ALLDREDGE,<br><br>  Defendant. | Case No.:  1:16-CR-00029 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on February 13, 2023, to Time Served as of Tuesday, February 14, 2023,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, February 14, 2023 at 9:00am, to Nevada Winchester and/or Erin Dubell with Fresno County Department of Behavioral Health.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **February 13, 2023**

UNITED STATES DISTRICT JUDGE