PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00029-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE RE ADMISSION; FINDINGS AND ORDER |
| v. | DATE: March 16, 2023 |
| MATTHEW ALLDREDGE, | TIME: 2:00 p.m. |
| Defendants. | COURT: Erica P. Grosjean |

**STIPULATION**

The United States of America, by and through its counsel of record, and MATTHEW ALLDREDGE, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on March 16, 2023.

2. By this stipulation, both parties move to vacate the March 16, 2023 preliminary hearing and set this case for an admission hearing on March 30, 2023 in front of the duty magistrate. As this is a violation of supervised release petition, an exclusion of time is not necessary.

IT IS SO STIPULATED.

Dated: March 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: March 8, 2023

/s/ CAROLYN PHILLIPS
CAROLYN PHILLIPS
Counsel for MATTHEW ALLDREDGE

# FINDINGS AND ORDER

At the request of the parties, the March 16, 2023 preliminary hearing in the above case is **VACATED** and an admission hearing is set for March 30, 2023 at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __March 8, 2023__

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE