Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Matthew Alldredge

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-0029 JLT |
| ) | |
| Plaintiff, ) | ORDER AUTHORIZING |
| v. ) | THE FILING OF DOCUMENTS |
| ) | UNDER SEAL |
| MATTHEW ALLDREDGE, ) | |
| ) | (Local Rule 141) |
| Defendant. ) | |
| _____ ) | |

  The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant MATTHEW ALLDREDGE.  The documents captioned, Exhibit to Defendant's Disposition Memorandum, Psychiatric Evaluation and Report, May 4, 2023, A. A. Howsepian, M.D., Ph.D., attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

///

Proposed Order Authorizing the Filing Of Documents Under Seal

GOOD CAUSE APPEARING;

**IT IS SO ORDERED**.

Dated: July 12, 2023

*[signature]*
JENNIFER L. THURSTON
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Proposed Order Authorizing the Filing Of Documents Under Seal