# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>MATTHEW ALLDREDGE,<br><br>             Defendant. | Case No.:  1:16-CR-00029-001<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on July 17, 2023, to Time Served as of July 18, 2023, and having been accepted to the Salvation Army, an inpatient facility located in Fresno, California, the **COURT ORDERS** that the defendant shall be released on Tuesday, July 18, 2023 at 7:00am, to a representative of the Salvation Army Residential Drug Treatment Program.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

   Dated:   **July 17, 2023**

_____
UNITED STATES DISTRICT JUDGE