Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
Telephone: 559/248-9833
cdp18@sbcglobal.net

Attorney for MATTHEW ALLDREDGE

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:16-cr-00029 JLT |
| *Plaintiff,* | **MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| MATTHEW ALLDREDGE, | |
| *Defendant.* | |

On July 17, 2023, defendant MATTHEW ALLDREDGE was sentenced on a Petition for Violation of Supervised Release for failing to reside and participate in an inpatient correctional treatment program. The court revoked defendant's supervised release granted on January 9, 2017, ordered defendant committed to the custody of the Bureau of Prisons for a term of time served as of July 18, 2023, and imposed 24 months of supervised release with conditions. Doc. 63. Attorney Carolyn Phillips represented

Mr. Alldredge throughout these proceedings having been appointed by Judge Grosjean on March 6, 2023. Doc. 50.

The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed her representation of Mr. Alldredge, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Alldredge require further legal assistance he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (858)656-4360 (toll-free), which if appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

Dated: August 28, 2023

Respectfully submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
MATTHEW ALLDREDGE

ORDER

Having reviewed the notice and found that attorney Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Carolyn Phillips's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559)487-5561 (collect) or (858)656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Alldredge at the following address and to update the docket to reflect Defendant's pro se status and contact information.

>   Matthew Alldredge
>   c/o The Salvation Army Fresno Adult Rehabilitation Center
>   804 S. Parallel Ave.
>   Fresno, CA  93702

IT IS SO ORDERED.

Dated:  August 29, 2023

JENNIFER L. THURSTON
U.S. District Court Judge

*MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]*

3