PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MATTHEW ALLDREDGE,<br><br>              Defendant. | CASE NO. 1:16-cr-00029-JLT-SKO<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>DATE:  May 8, 2024<br>TIME:   2:00 p.m. |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on April 10, 2024, at 2:00 p.m. before U.S. Magistrate Judge Oberto.

2.  Defense counsel has requested a continuance of the status conference to obtain further discovery from Probation. Defense counsel is also preparing for a federal criminal trial that begins at the end of April 2024. Thus, defense requests additional time for investigation and case preparation. The government does not object to the request for continuance.

3.  By this stipulation, the parties now move to continue the status conference to **May 8,**

1

**2024, at 2:00 p.m.** before the duty magistrate judge, in order to allow defense the additional time requested for case assessment and preparation.

IT IS SO STIPULATED.

DATED:     April 8, 2024

/s/Michael McKneely
MICHAEL MCKNEELY
Counsel for Defendant
MATTHEW ALLDREDGE

DATED:     April 8, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: 4/8/2024

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE