1  PHILLIP A. TALBERT
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:16-cr-00029-JLT-SKO |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
13 | v. | |
14 | MATTHEW ALLDREDGE, | DATE:  May 16, 2024 TIME:  2:00 p.m. |
15 | Defendant. | |

16

17                        **STIPULATION**

18     The United States of America, by and through its counsel of record, and defendant, by and
19  through his counsel of record, hereby stipulate as follows:
20     1.     By previous order, this matter was set for status conference on May 8, 2024 at 2:00
21
22  p.m. before U.S. Magistrate Judge Boone.
23     2.     Defense counsel has requested a continuance of the status conference as he is
24  currently in trial and unable to attend the May 8, 2024 hearing. Counsel will be available to attend
25  the status conference on May 16, 2024 at 2:00 p.m. Thus, defense requests a brief continuance of
26  the status conference. The government does not object to the request for continuance.
27     3.     By this stipulation, the parties now move to continue the status conference to **May 16,**
28

                                   1

**2024 at 2:00 p.m.** before the duty magistrate judge, for continuity of counsel.

IT IS SO STIPULATED.

DATED:     May 6, 2024

/s/Michael McKneely
MICHAEL MCKNEELY
Counsel for Defendant
MATTHEW ALLDREDGE

DATED:     May 6, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

The status conference set for May 8, 2024 is CONTINUED to May 16, 2024 at 2:00 p.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 6, 2024**

UNITED STATES MAGISTRATE JUDGE