```
PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-cr-00029-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| MATTHEW ALLDREDGE, | DATE: May 23, 2024<br>TIME: 2:00 p.m. |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 16, 2024 at 2:00 p.m. before U.S. Magistrate Judge McAuliffe.

2. Defense counsel has requested a continuance of the status conference as he has been in trial and needs additional time to review discovery and communicate with his client prior to the status conference. Counsel requests a continuance of the status conference for one week to May 23, 2024 at 2:00 p.m. The government does not object to the request for continuance.

3. By this stipulation, the parties now move to continue the status conference to **May 23,**

1

**2024 at 2:00 p.m.** before the duty magistrate judge, for continuity of counsel.

IT IS SO STIPULATED.

DATED: May 13, 2024

        /s/Michael McKneely
        MICHAEL MCKNEELY
        Counsel for Defendant
        MATTHEW ALLDREDGE

DATED: May 13, 2024

        /s/ Henry Z. Carbajal III
        HENRY Z. CARBAJAL III
        Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from May 16, 2024, to **May 23, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **May 13, 2024**       /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE