Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MATTHEW ALLDREDGE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:16-cr-00029-JLT-SKO |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| MATTHEW ALLDREDGE, | |
| Defendant. | |

TO THE HONORABLE JUDGE THURSTON AND TO THE UNITED STATES ATTORNEY:

On April 2, 2024, CJA Panel Attorney Michael McKneely was appointed as counsel to represent Mr. Matthew Alldredge in his supervised release violation. Mr. Alldredge was sentenced pursuant to an admission of violation on July 15, 2024 and formal judgment filed on July 16, 2024. The deadline for filing a direct appeal was July 30, 2024. No direct appeal was filed. Mr. Alldredge was in custody at sentencing. The trial phase of Mr. Alldredge's criminal case has, therefore, concluded. Having completed his representation of Mr. Alldredge, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Alldredge require further legal assistance he should contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

DATED: April 23, 2025                McKNEELY LAW FIRM

By:  s/ Michael McKneely
     Michael McKneely
     Attorneys for Matthew Alldredge

**ORDER**

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Alldredge seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Alldredge at the following address, and to update the docket to reflect Mr. Alldredge's *pro se* status and contact information.

Matthew Alldredge

3765 East Weldon Ave.

Fresno, CA 93703

IT IS SO ORDERED.

Dated:  **April 25, 2025**

UNITED STATES DISTRICT JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Matthew Alldredge's Sentencing Memorandum    -3-